# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Dr. James Bailey, Dr. Pippa Meriwether, and Dr. Damon Cathey <br> *Plaintiff* <br> v. <br> The Metropolitan Government of Nashville and Davdison County, Tennessee and Dr. Adrienne Battle <br> *Defendant* | Civil Action No. 3:21-0122 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Metropolitan Government of Nashville and Davidson County, Tennessee
Served Through: Metropolitan Government of Nashville Department of Law
Metro Courthouse, Suite 108
Nashville, Tennessee 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ann Buntin Steiner
Steiner & Steiner, LLC
613 Woodland Street
Nashville, TN 37206
(615) 244-5063

Jesse Ford Harbison
Jesse Harbison Law, PLLC
1109 N. 6th Street
Nashville, TN 37207
(615) 415-3285

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 2/19/2021

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Melissa Roberge & Brooks Fox via email with permission, who is designated by law to accept service of process on behalf of *(name of organization)* The Metropolitan Government of Nashville & Davidson County on *(date)* 3-3-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-3-21

Kristina M. Cochran
*Server's signature*

Kristina M. Cochran, Office Mgr.
*Printed name and title*

613 Woodland St.
Nashville, TN 37206
*Server's address*

Additional information regarding attempted service, etc: